John S. Siamas (State Bar No. 49061)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   415.543.8700
Facsimile:   415.391.8269

Attorneys for Plaintiffs Residential Funding Corporation and Homecomings Financial Network, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| RESIDENTIAL FUNDING CORPORATION, a Delaware corporation; HOMECOMINGS FINANCIAL NETWORK, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT B. RAVENSCROFT, JR., an individual; DEBI RAVENSCROFT, an individual; THE RAVENSCROFT FAMILY TRUST; DALE SCOTT HEINEMAN, an individual; KURT F. JOHNSON, an individual,<br><br>Defendants. | No. 05-3800 JL<br><br>**PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Dept.:         Courtroom F, 15th Floor<br>Compl. Filed:  September 21, 2005<br>Trial Date:    Not Set<br><br>Honorable Magistrate Judge Larson<br><br>[Related to:<br>C04-3724-WHA<br>C04-3776-WHA<br>C04-3897-WHA<br>C04-3898-WHA<br>C04-4012-WHA<br>C04-4013-WHA<br>C04-4014 WHA<br>C04-4185-PJH<br>C04-4246-WHA<br>C04-4285-CW<br>C04-4286-MMC<br>C04-4465-JCS<br>C04-4466-WHA<br>C04-4486-MMC<br>C04-4487-TEH<br>C04-4559-JCS<br>C05-2730-WHA<br>C05-80218-WHA] |

# PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED

Plaintiffs Residential Funding Corporation and Homecomings Financial Network, Inc. ("Plaintiffs") are informed and believe that the following cases are related to the above-captioned matter under Local Rule 3-12 because they involve substantially the same parties and questions of law and assignment to a single judge is likely to conserve judicial resources and promote an efficient determination of the actions. On that basis and on the bases noted below, Plaintiffs move the Court pursuant to Local Rule 3-12 to refer the above-captioned matter to the Honorable William H. Alsup as the Judge assigned to the earliest-filed case. Plaintiffs especially request that the Court consider relating these cases based on case number C05-80218-WHA, described below, which was recently filed by a Defendant named in the above-referenced action, involves the property subject to this action and is presently pending before Judge Alsup.

1. *The Frances Kenny Family Trust et al. v. World Savings Bank FSB et al.*, Case No. C04-3724-WHA, filed on September 21, 2004. Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Defendants Dale Scott Heineman ("Heineman") and Kurt F. Johnson ("Johnson") and involve Heineman and Johnson as parties thereto.

2. *The Raymond J. Gaudreau Family Trust et al. v. Ameriquest Mortgage Company et al.*, Case No. C04-3776-WHA, filed on September 8, 2004. Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Heineman and Johnson and involve Heineman and Johnson as parties thereto.

3. *The Magoon Family Trust et al. v. Greenpoint Mortgage Funding, Inc. et al.*, Case No. C04-3897-WHA, filed on September 15, 2004. Plaintiffs believe that this case is related to

the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Heineman and Johnson and involve Heineman and Johnson as parties thereto.

4. *The Williamson Family Trust et al. v. CIT Group/Consumer Finance, Inc. et al.*, Case No. C04-3898-WHA, filed on September 15, 2004. Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Heineman and Johnson and involve Heineman and Johnson as parties thereto.

5. *The Margery Naomi Johnson Family Trust et al. v. Homecomings Financial Network, Inc., et al.*, Case No. C04-4012-FMS, filed on September 22, 2004. Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Heineman and Johnson and involve Heineman, Johnson and Homecomings Financial Network, Inc. as parties thereto.

6. *The Komes Family Trust et al. v. World Savings Bank et al.*, Case No. C04-4013-WHA, filed on September 22, 2004. Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Heineman and Johnson and involve Heineman and Johnson as parties thereto.

7. *Elisia's Family Trust et al. v. Fieldstone Mortgage Company et al.*, Case No. C04-4014-WHA, filed on September 22, 2004. Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Heineman and Johnson and involve Johnson as a party thereto.

8. *The Heineman Family Trust et al. v. Freedom Mortgage Corporation et al.*, Case No. C04-4185-PJH, filed on October 4, 2004. Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated

1  by Heineman and Johnson and involve Heineman and Johnson as parties thereto.

2

3   9.   *The Edward A. and Janice L. Costa Family Trust et al. v. Capital Commerce Mortgage Company et al.*, Case No. C04-4246-WHA, filed on October 6, 2004.  Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Heineman and Johnson and involve Heineman and Johnson as parties thereto.

10.   *The Mitchell Family Trust et al. v. Keybank National Association et al.*, Case No. C04-4285-CW, filed on October 12, 2004.  Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Heineman and Johnson and involve Heineman and Johnson as parties thereto.

11.   *The Pafundi Family Trust et al. v. Wells Fargo Bank N.A. et al.*, Case No. C04-4465-JCS, filed on October 21, 2004.  Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Heineman and Johnson and involve Heineman and Johnson as parties thereto.

12.   *The Beard Family Trust et al. v. Washington Mutual Bank et al.*, Case No. C04-4466-SBA, filed on October 21, 2004.  Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Heineman and Johnson and involve Heineman and Johnson as parties thereto.

13.   *The Shafirovich Family Trust et al. v. WMC Mortgage Company et al.*, Case No. C04-4486-VRW, filed on October 22, 2004.  Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Heineman and Johnson and involve Heineman and Johnson as parties thereto.

14. *The James J. Shryock, Jr. Family Trust et al. v. America's Wholesale Lender et al.*, Case No. C04-4487-TEH, filed on October 22, 2004. Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Heineman and Johnson and involve Heineman and Johnson as parties thereto.

15. *The Case Family Trust et al. v. Ameriquest Mortgage Company*, Case No. C04-4559-JCS, filed on October 28, 2004. Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Heineman and Johnson and involve Heineman and Johnson as parties thereto.

16. *United States of America v. Dale Scott Heineman et al.*, Case No. C05-2730-WHA, filed on July 5, 2005. Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Heineman and Johnson and involve Heineman and Johnson as parties thereto.

17. *In re Robert-Burel,Jr.: Ravenscroft*, Case No. C05-80218-WHA, filed on September 19, 2005. Plaintiffs believe that this case is related to the above-captioned matter because both cases arose from the mortgage elimination scheme operated by Heineman and Johnson and Defendant Robert B. Ravenscroft's ("Ravenscroft") willing participation in such scheme. Further, both cases involve Ravenscroft as a party and concern the same property located at 10901 Mill Springs Drive, Nevada County, California.

DATED: September 22, 2005.                REED SMITH LLP

By _____
John S. Siamas
Attorneys for Plaintiffs Residential Funding Corporation and Homecomings Financial Network, Inc.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On September 27, 2005, I served the following:

**(1) PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED; (2) DECLARATION OF JOHN S. SIAMAS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; AND (3) [PROPOSED] ORDER RELATING CASES**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

DEBI RAVENSCROFT and the RAVENSCROFT FAMILY TRUST
10901 Mill Springs Drive
Nevada City, CA 95959-9595

ROBERT B. RAVENSCROFT, JR.
10901 Mill Springs Drive
Nevada City, CA 95959-9595

DALE SCOTT HEINEMAN and the RAVENSCROFT FAMILY TRUST
Prisoner No. 290403
c/o Salt Lake County Metro Jail
3415 South 900 West
Salt Lake City, UT 84119

KURT F. JOHNSON and the RAVENSCROFT FAMILY TRUST
Prisoner No. 291301
c/o Salt Lake County Metro Jail
3415 South 900 West
Salt Lake City, UT 84119

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 27, 2005, at San Francisco, California.

*Donna G. Borja*
Donna G. Borja