1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9                            SAN FRANCISCO DIVISION

10

11                                                )
                                                  )
UNITED STATES OF AMERICA,                         )   Case Nos.  CR-05-0611-WHA and
12                                                )              C-04-03724-WHA
        Plaintiff,                                )
13                                                )
     v.                                           )   [PROPOSED] ORDER UNSEALING
14                                                )   NOVEMBER 21, 2004 DECLARATION OF
DALE SCOTT HEINEMAN and                           )   THOMAS SPIELBAUER
15 KURT F. JOHNSON,                               )
                                                  )
16        Defendants.                             )
                                                  )
17 _____            )
                                                  )
18 THE FRANCES KENNY FAMILY                       )
   TRUST, et al.,                                 )
19                                                )
        Plaintiffs,                               )
20                                                )
     v.                                           )
21                                                )
WORLD SAVINGS BANK, FSB, et al.,                  )
22                                                )
        Defendants.                               )
23                                                )
   _____            )

24

25      Consistent with the Court's oral ruling issued in the above-captioned criminal case, for good

26 cause shown IT IS HEREBY ORDERED that the November 21, 2004 Declaration Under Seal of

27 Thomas Spielbauer in Support of Motion to Withdraw as Counsel for Plaintiffs shall be unsealed

28 for all purposes.  The Declaration was provided to the Court by Mr. Spielbauer in the above-

CR-05-0611-WHA
C-04-03724-WHA
[PROPOSED] ORDER

1  captioned civil case.  The Declaration was also entered as Exhibit 56 as evidence in the jury trial

2  in the above-captioned criminal case.

3

4  DATED: _____November 15, 2007._____

5

IT IS SO ORDERED

Judge William Alsup

_____
HON. WILLIAM H. ALSUP
United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CR-05-0611-WHA
C-04-03724-WHA
[PROPOSED] ORDER