UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DALE SCOTT HEINEMAN and<br>KURT F. JOHNSON,<br><br>    Defendants. | Case Nos. CR-05-0611-WHA and<br>            C-04-03724-WHA<br><br>[PROPOSED] ORDER UNSEALING<br>NOVEMBER 21, 2004 DECLARATION OF<br>THOMAS SPIELBAUER |
| THE FRANCES KENNY FAMILY<br>TRUST, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WORLD SAVINGS BANK, FSB, et al.,<br><br>    Defendants. | |

    Consistent with the Court's oral ruling issued in the above-captioned criminal case, for good cause shown IT IS HEREBY ORDERED that the November 21, 2004 Declaration Under Seal of Thomas Spielbauer in Support of Motion to Withdraw as Counsel for Plaintiffs shall be unsealed for all purposes. The Declaration was provided to the Court by Mr. Spielbauer in the above-

CR-05-0611-WHA
C-04-03724-WHA
[PROPOSED] ORDER

1 | captioned civil case. The Declaration was also entered as Exhibit 56 as evidence in the jury trial
2 | in the above-captioned criminal case.
3 |
4 | DATED: ___November 15, 2007.___
5 |                                                                                                 _____
                                                                                                    HON. WILLIAM H. ALSUP
                                                                                                    United States District Court Judge

IT IS SO ORDERED
Judge William Alsup

CR-05-0611-WHA
C-04-03724-WHA
[PROPOSED] ORDER